

## ORDERED in the Southern District of Florida on November 18, 2014.

*Laurel M. Isicoff*
**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                              Case No: 07-20998-BKC-LMI
JOSEPH ADAMS                                        Chapter 7

    Debtor
_____/

### ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIENS OF CITIFINANCIAL SERVICES AND CACV OF COLORADO, LLC PURSUANT TO SECTION 522 (f)

**THIS CAUSE** having come on to be heard before me on the 17th day of November, 2014 at 2:00 p.m., upon Debtor's Motion to Avoid Judicial Lien of Citifinancial Services and CACV of Colorado, LLC pursuant to Section 522(f), this Court finding that the Debtor's have claimed his real property as exempt and noting that no objections to the Debtor's claimed exemption were filed, having heard argument of counsel and being otherwise duly advised in the premises, IT IS;

**ORDERED AND ADJUDGED**

1. Debtor's Motion to Avoid Liens of Citifinancial Services and CACV of Colorado, LLC., pursuant to Section 522(f) is GRANTED.

2. The outstanding lien of Citifinancial Services, recorded in Official Records Book 22680 Page 2001 recorded on September 24, 2004, in the public records of Miami Dade County, Florida attached to Debtor's Homestead property interest is AVOIDED and of no further effect.

3. The outstanding lien of CACV of Colorado, LLC, recorded in Official Records Book 25159 Page 1910 recorded on December 5, 2006, in the public records of Miami Dade County, Florida attached to Debtor's Homestead property interest is AVOIDED and of no further effect.

4. The aforementioned liens are AVOIDED against the Debtor's Homestead property located at 11110 SW 171st Terrace, Miami, Florida 33157 and legally described as:

   **GREENHILLSESTATESPB8970LOT2BLK3LOTSIZE123.000 X 129 OR 10217-1154 1178 1 1of the Public Records of Miami-Dade County, Florida, together with the owner's undivided share in the common elements appurtenant thereto.**

5. The instant order will become effective upon fourteen (14) days of the entry of the order.

# # #

Prepared by:
Robert Sanchez, Esq.

The Law Office of Robert Sanchez, P.A., is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order.